IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| CRYSTAL CROSS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. |
| | * | 3:14-CV-18 |
| | * | |
| DAVID LACEY, | * | |
| | * | |
| Defendants. | * | |

**ENTRY OF APPEARANCE**

**COMES NOW** Jacqueline R. Caruana, Assistant Attorney General, and hereby makes an entry of appearance as counsel on behalf of Defendant David Lacey. Assistant Attorney General Jacqueline R. Caruana may be contacted at:

> Department of Law
> 40 Capitol Square, SW
> Atlanta, Georgia 30334
> Telephone: (404) 463-8850
> Facsimile: (404) 651-5304
> Email: jcaruana@law.ga.gov

Respectfully submitted, this the 10th day of March, 2014.

SAMUEL S. OLENS          551540
Attorney General

KATHLEEN M. PACIOUS      558555
Deputy Attorney General

s/Devon Orland
DEVON ORLAND            554301
Senior Assistant Attorney General

s/ Jacqueline R. Caruana
JACQUELINE R. CARUANA   102998
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2014, I electronically filed the **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Aubrey T. Villines, Jr.
>Jeffrey R. Filipovits
>2900 Chamblee-Tucker Road
>Building 1
>Atlanta, Georgia 30341

This the 10th day of March, 2014.

>/s/ Jacqueline R. Caruana
>JACQUELINE R. CARUANA     102998
>Assistant Attorney General