IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CRYSTAL CROSS, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 3:14-cv-00018-CAR |
| DAVID LACEY, | |
| Defendant. | |

### DEFENDANT'S MOTION FOR PERMISSION TO DEPOSE INCARCERATED PLAINTIFF

Comes now David Lacey, Defendant in the above-styled action, by and through counsel, Samuel S. Olens, Attorney General for the State of Georgia, and moves this Court for an order permitting him to depose Plaintiff Crystal Cross, showing the Court as follows:

As indicated in the recent discovery extension motion, counsel for the parties only recently learned that Plaintiff currently is incarcerated. (Doc. 29). The Federal Rules require a party to obtain leave of court to conduct a deposition "if the deponent is confined in prison." Fed.R.Civ.P 30(a)(2)(B). Plaintiff's deposition is essential to understanding the details of her claim against Defendant.

Plaintiff's counsel has no objection to this motion.

## Conclusion

For the foregoing reasons, Defendant respectfully submits that the Court should grant him permission to depose Plaintiff. Defendant submits a proposed order herewith.

Respectfully submitted this 24th day of March, 2016.

          SAMUEL S. OLENS   551540
          Attorney General

          KATHLEEN M. PACIOUS 558555
          Deputy Attorney General

          /s/ Devon Orland
          DEVON ORLAND 554301
          Senior Asst. Attorney General

          /s/ Laura L. Lones
          LAURA L. LONES 456778
          Assistant Attorney General

          Attorneys for Defendant

Please Serve:
LAURA L. LONES
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
E-mail: llones@law.ga.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CRYSTAL CROSS, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 3:14-cv-00018-CAR |
| DAVID LACEY, | |
| Defendant. | |

## **ORDER**

Having fully considered the matter and for good cause shown, the Court hereby **ORDERS** that Defendant's motion to depose the incarcerated Plaintiff be and is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Defendant is permitted to depose Plaintiff during the discovery period in this matter.

So ordered this ____ day of _____, 2016.

_____
Hon. C. Ashley Royal
United States District Judge

3

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **DEFENDANT'S MOTION FOR PERMISSION TO DEPOSE INCARCERATED PLAINTIFF** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to Plaintiff's attorney of record:

> Aubrey T. Villines, Jr.
> Jeffrey R. Filipovits
> 2900 Chamblee-Tucker Road
> Building 1
> Atlanta, Georgia  30341

This 24th day of March, 2016.

> /s/ Laura L. Lones
> Georgia Bar No. 456778
> Assistant Attorney General