IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CRYSTAL CROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO: |
| | ) 3:14-CV-00018(CAR) |
| DAVID LACEY, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO QUASH SUBPOENA

COME NOW Athens Regional Health Services, Inc. by and through its counsel of record, and moves the Court to quash the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Athens Regional Health Services, served on or about May 13, 2016, a copy of the Subpoena being attached hereto and incorporated herein by reference, on the grounds that the type of information requested cannot be disclosed in response to the subpoena in this case because the party requesting disclosure has not obtained the consent of the individual (Crystal Cross) in question for release of any protected information, and has not complied with the procedures for non-consensual disclosure pursuant 45 C.F.R. §164.512 (e)(1)(ii)(A).

This 20th day of May, 2016.

        Respectfully submitted,

        FORTSON, BENTLEY AND GRIFFIN, P.A.

        By: /s/ Roy E. Manoll, III
            Roy E. Manoll, III
            State Bar No. 469710
            Attorney for Athens Regional Health Services, Inc.

2500 Daniell's Bridge Rd.
Building 200, Suite 3A
Athens, Georgia 30606
(706)548-1151

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| Crystal Cross | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:14-cv-18 |
| David Lacey | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Records Custodian, Athens Regional Health Services, 1199 Prince Avenue, Athens, GA 30606

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all records related to any medical and/or mental health services provided by you or your organization or any predecessor organization to Crystal Cross, date of birth ▇▇▇▇▇▇▇

| Place: Office of the Attorney General, 40 Capitol Square, SW Atlanta, GA 30334 | Date and Time: 5-27-16 11:00am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5-13-16

CLERK OF COURT

_____   OR   _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Defendant David Lacey_____, who issues or requests this subpoena, are:
Laura Lones, 40 Capitol Square, SW, Atlanta, GA 30334, llones@law.ga.gov, 404-463-8850

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CRYSTAL CROSS, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 3:14-cv-00018-CAR |
| DAVID LACEY, | |
| Defendant. | |

## NOTICE OF SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS BY NON-PARTIES

TO: Plaintiff Crystal Cross
By and through her counsel, Jeff Filipovits

You are hereby notified, pursuant to Rule 45 of the Federal Rules of Civil Procedure, that on May 27, 2016 at 11:00 a.m. at the Department of Law, 40 Capitol Square, S.W., Atlanta, GA, 30334, the undersigned will proceed to copy specified documents/or recordings to be produced by:

Northside Hospital
Gwinnett Health System
Milton Hall Surgical Association
Athens Regional Health Services
Advantage Behavioral Health Systems
Peachford Behavioral Health System

for discovery and all other purposes allowed by law.

Attached to this notice are copies of the subpoenas issued to the non-parties.

Served this 13th day of May, 2016.

                            SAMUEL S. OLENS   551540
                            Attorney General

                            KATHLEEN M. PACIOUS 558555
                            Deputy Attorney General

                            /s/ Devon Orland
                            DEVON ORLAND 554301
                            Senior Asst. Attorney General

                            /s/ Laura L. Lones
                            LAURA L. LONES 456778
                            Assistant Attorney General

                            Attorneys for Defendant

Please Serve:
LAURA L. LONES
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 463-8850
Facsimile: (404) 651-5304
E-mail: llones@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served **NOTICE OF SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS BY NON-PARTIES** by first class, U.S. postage mailed to:

        Aubrey T. Villines, Jr.
        Jeffrey R. Filipovits
        2900 Chamblee-Tucker Road
        Building 1
        Atlanta, Georgia 30341

This 13th day of May, 2016.

                                    /s/ Laura L. Lones
                                    Georgia Bar No. 456778
                                    Assistant Attorney General

## CERTIFICATE OF SERVICE

This will certify that I have this day electronically filed the within and foregoing **Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

    Devon Orland, Senior Assistant Attorney General
    Laura L. Lones, Assistant Attorney General
    Aubrey T. Villines, Jr., Attorney for Plaintiff
    Jeffrey R. Filipovits, Attorney for Plaintiff

This 20th day of May, 2016.

                                              /s/ Roy E. Manoll, III
                                              Roy E. Manoll, III
                                              State Bar No: 469170